UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,        Case No. 2:15-cr-20652-06

v.        Hon. George Caram Steeh

ROBERT BROWN, II (D-6)

        Defendant.
_____/

## NOTICE OF JOINDER IN CO-DEFENDANT (D-13) ARLANDIS SHY'S MOTION FOR A *REMMER* HEARING

NOW COMES Defendant (D-6), Robert Brown, II, represented by attorney James L. Feinberg, and files this Notice of Joinder in co-defendant (D-13) Arlandis Shy's Motion for a *Remmer* Hearing.

WHEREFORE, Defendant Brown files this Notice of Joinder in co-defendant (D-13) Arlandis Shy's above identified motion, and he also moves this Honorable Court to accept his concurrence with the motion's arguments and relief requested.

Dated: September 4, 2018

        Respectfully submitted,

        */s/ James L. Feinberg*
        James L. Feinberg (P13341)
        28411 Northwestern Highway
        Suite 875
        Southfield, MI 48034
        (248) 353-0600
        jlfdefense@mindspring.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 4, 2018, she electronically filed: Defendant's Notice of Joinder in Co-Defendant (D-13) Arlandis Shy's Motion for a *Remmer* Hearing with the United States District Court Eastern District of Michigan CM/ECF electronic filing system sending notice to all attorneys of record.

      */s/ Amelia Crosby*
      Amelia Crosby, Paralegal